UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ANDRE JOHNSON (#375946)

VERSUS

NICHOLAS SANDERS

CIVIL ACTION

NO. 19-788-JWD-EWD

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 2, 2021 (Doc. 16), to which an objection (Doc. 17) was filed and considered,

**IT IS ORDERED** that the following claims by Andre Johnson are DISMISSED WITH PREJUDICE as legally frivolous and/or for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A: retaliation, conspiracy, due process violations, verbal remarks and harassment, excessive force for the incident occurring on March 22, 2019, claims purportedly brought on behalf of others related to "underground hate crimes," and claims against Nicholas Sanders in his official capacity for monetary damages.

**IT IS FURTHER ORDERED** that supplemental jurisdiction is DECLINED and, if amendment is sought, leave is DENIED.

**IT IS FURTHER ORDERED** that this matter is referred to Magistrate Judge Wilder-Doomes for further proceedings on Plaintiff's remaining claims, i.e., Plaintiff's claims against Sanders for monetary relief in Sanders' individual capacity for the acts of excessive force allegedly occurring on November 19, 2018

Signed in Baton Rouge, Louisiana, on July 14, 2021.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**